ORDERED.

Dated: October 26, 2015

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

LEONARD JAY LEDVORA,

Chapter 13
Case No. 6:12-bk-010701-CCJ

    Debtor.
_____/

ORDER DENYING MOTION TO REINSTATE CASE

This case came before the Court for hearing on October 13, 2015 for consideration of the Motion by Debtor to Vacate Order of Dismissal and Reinstate Bankruptcy (Doc. No. 65; the "Motion"). After reviewing the pleadings, considering the position of interested parties and for the reasons stated on the record in open Court, it is ORDERED that the Motion is denied.

Clerk's office to serve